No. 84–6717.   HOLSEY v. MARYLAND, *ante*, p. 1004;

No. 85–56.   CONNOR v. UNITED STATES DEPARTMENT OF LABOR, BUREAU OF LABOR STATISTICS, *ante*, p. 998;

No. 85–130.   CALIFORNIA STATE BOARD OF EQUALIZATION ET AL. v. CHEMEHUEVI INDIAN TRIBE, *ante*, p. 9;

No. 85–191.   ZERMAN ET AL. v. AVANT GARDE CONDOMINIUM ASSN., INC., ET AL.; and ZERMAN v. WHITE, CLERK OF THE FLORIDA SUPREME COURT, ET AL., *ante*, p. 895;

No. 85–222.   BAKER, INDIVIDUALLY AND DBA BAKER COAL CO. v. UNITED STATES, *ante*, p. 945;

No. 85–263.   MAGGETTE v. COOK COUNTY POLICE AND CORRECTIONS MERIT BOARD ET AL., *ante*, p. 945;

No. 85–269.   NABORS v. UNITED STATES, *ante*, p. 851;

No. 85–287.   COURT HOUSE PLAZA CO. v. CITY OF PALO ALTO ET AL., *ante*, p. 945;

No. 85–318.   EL SHAHAWY v. ELLIOTT, *ante*, p. 980;

No. 85–374.   DENSON v. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ante*, p. 946;

No. 85–378.   ROBERTS ET AL. v. SIMPSON, EXECUTRIX OF THE ESTATE OF BEEL, ET AL., *ante*, p. 946;

No. 85–439.   CALIFORNIA EX REL. COOPER, CITY ATTORNEY OF SANTA ANA, CALIFORNIA v. MITCHELL BROTHERS' SANTA ANA THEATER ET AL., *ante*, p. 948;

No. 85–582.   SPARROW v. DEVINE, DIRECTOR, U. S. OFFICE OF PERSONNEL MANAGEMENT, ET AL., *ante*, p. 949;

No. 85–5107.   BURTON v. REED ET AL., *ante*, p. 949;

No. 85–5351.   DANO v. SZOMBATHY, *ante*, p. 950;

No. 85–5361.   COLEMAN ET AL. v. DELAWARE ET AL., *ante*, p. 950;

No. 85–5376.   HOLLIDAY v. HAUPTMAN, TRUSTEE IN BANKRUPTCY, *ante*, p. 950;

No. 85–5378.   BISHOP v. DAVIS, *ante*, p. 950;

No. 85–5471.   HOWELL v. MARYLAND, *ante*, p. 996;

No. 85–5495.   MCGLORY v. YOKA, *ante*, p. 997;

No. 85–5504.   IN RE SCHMID, *ante*, p. 993;

No. 85–5508.   HADDIX v. OHIO LIQUOR CONTROL COMMISSION, *ante*, p. 997;

No. 85–5510.   BURTON v. WILSON ET AL., *ante*, p. 997; and

No. 85–5511.   BURTON v. SMITH, *ante*, p. 997.   Petitions for rehearing denied.